U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 23 2016

TONY R. MOORE, CLERK
BY: _____ MB _____
　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JESSICA STEVENS | : | DOCKET NO. 2:15-cv-2217 |
| VERSUS | : | JUDGE MINALDI |
| ALBERTSONS, LLC | : | MAGISTRATE JUDGE KAY |

### O R D E R

On the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 23rd day of December, 2016.

_____
DEE. D. DRELL
Chief Judge